UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 13 |
| Eric H. Richmond, | Case No. 14-41678-cec |
|        Debtor. | |

-----------------------------------------------------------------x

Eric H. Richmond,

       Plaintiff,

Adv. Pro. No. 17-01080-cec

  v.

Theresa Caruso,

       Defendant.

-----------------------------------------------------------------x

Eric H. Richmond,

       Plaintiff,

Adv. Pro. No. 17-01105-cec

  v.

Gregory Cerchione,

       Defendant.

-----------------------------------------------------------------x

Eric H. Richmond,

       Plaintiff,

Adv. Pro. No. 17-01106-cec

  v.

Barton Schwartz,

       Defendant.

-----------------------------------------------------------------x

---------------------------------------------------------------x

Eric H. Richmond,

                        Plaintiff,

    v.

Vivek Suri,

                        Defendant.

Adv. Pro. No. 17-01107-cec

---------------------------------------------------------------x

Eric H. Richmond,

                        Plaintiff,

    v.

Glenn Warmuth,

                        Defendant.

Adv. Pro. No. 17-01108-cec

---------------------------------------------------------------x

Eric H. Richmond,

                        Plaintiff,

    v.

Stephen Sinatra,

                        Defendant.

Adv. Pro. No. 17-01109-cec

---------------------------------------------------------------x

```
-------------------------------------------------------------x
```

Eric H. Richmond,

                    Plaintiff,

    v.

Jeffrey Simpson,

                    Defendant.

Adv. Pro. No. 17-01110-cec

```
-------------------------------------------------------------x
```

Eric H. Richmond,

                      Plaintiff,

    v.

Catherine O'Hagan Wolfe,
Amalya L. Kearse,
Richard C. Wesley, and
Debra Ann Livingston,

                    Defendants.

Adv. Pro. No. 17-01111-cec

```
-------------------------------------------------------------x
```

Eric H. Richmond,

                      Plaintiff,

    v.

Jennifer Kim,

                    Defendant.

Adv. Pro. No. 17-01113-cec

```
-------------------------------------------------------------x
```

---------------------------------------------------------------x

Eric H. Richmond,

                                                                   Adv. Pro. No. 17-01117-cec

                Plaintiff,

    v.

Laura Jacobson,

                Defendant.

---------------------------------------------------------------x

Eric H. Richmond,

                                                                   Adv. Pro. No. 17-01118-cec

                Plaintiff,

    v.

Douglas Thaler,

                Defendant.

---------------------------------------------------------------x

Eric H. Richmond,

                                                                   Adv. Pro. No. 17-01119-cec

                Plaintiff,

    v.

Vivek Suri,

                Defendant.

---------------------------------------------------------------x

---------------------------------------------------------------x

Eric H. Richmond,

                                                                  Adv. Pro. No. 17-01120-cec

                Plaintiff,

     v.

Christina Bost Seaton,

                Defendant.

---------------------------------------------------------------x

Eric H. Richmond,

                                                                  Adv. Pro. No. 17-01125-cec

                Plaintiff,

     v.

Donald Scott Kurtz,
Michael Macco,
P..#7, LLC, and
Troutman Sanders, LLP,

                Defendants.

---------------------------------------------------------------x

## **ORDER**

       WHEREAS, on April 7, 2014, Eric H. Richmond (the "Debtor") filed a voluntary petition under Chapter 13 of Title 11 of the United States Code; and

       WHEREAS, the Debtor has filed adversary proceedings in this case (Adv. Proc. Nos. 1-17-01080-cec; 1-17-01105-cec; 1-17-01106-cec; 1-17-01107-cec; 1-17-01108-cec; 1-17-01109-cec; 1-17-01110-cec; 1-17-01111-cec; 1-17-01113-cec; 1-17-01117-cec; 1-17-01118-cec; 1-17-01119-cec; 1-17-01120-cec; and 1-17-01125-cec.) (the "Adversary Proceedings"); and

       WHEREAS, on August 22, 2017, a hearing was held (the "Hearing") on two motions to dismiss that were filed by the Chapter 13 Trustee (ECF Nos. 19, 250), an Order to Show Cause

why this case should not be dismissed for failure to comply with a prior order of this Court (ECF No. 507), a motion for relief from the automatic stay filed by Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8 (ECF No. 504), and a motion to dismiss in the adversary proceeding Eric H. Richmond v. Theresa Caruso (Adv. Proc. No. 17-01080-cec, ECF No. 11) (the "Matters"); and

WHEREAS, at the Hearing on the Matters the record with respect to the Matters was completed and closed, and the Matters were taken under advisement;

NOW, THEREFORE, it is hereby

ORDERED, that the Adversary Proceedings are stayed until further order of this Court.



Dated: Brooklyn, New York
August 28, 2017

_____
**Carla E. Craig**
**United States Bankruptcy Judge**